**UNITED STATES of America v. S. W. ORCUTT et al.**

**No. 1025.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 18, 1934.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.,

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America v. Eber F. POTTER.**

**No. 6740.**

Circuit Court of Appeals, Sixth Circuit.

March 16, 1934.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

George F. Anderson, of Kansas City, Mo., and Victor C. Anderson, of Lansing, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.

**UNITED STATES of America v. Samuel A. REED.**

**No. 1024.**

Circuit Court of Appeals, Tenth Circuit.

Jan. 18, 1934.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

Benjamin E. Cook, of Ponca City, Okl., for appellee.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES v. John William REEVES.**

**Nos. 5194, 5195.**

Circuit Court of Appeals, Seventh Circuit.

April 21, 1934.

Paul F. Jones, of Danville, Ill., for appellant.

Ralph Jinkins and Samuel Jinkins, both of Danville, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation that this appeal be dismissed, which said stipulation is in the words and figures following, to wit: "It is stipulated by and between the parties to this cause, by their respective counsel, that the above-entitled suit which has been appealed by the United States of America and is now pending in the United States Circuit Court of Appeals for the Seventh Circuit may be dismissed." On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

**The UNITED STATES of America v. James Ray SIMPSON.**

**No. 5194.**

Circuit Court of Appeals, Seventh Circuit.

April 21, 1934.

Paul F. Jones, of Danville, Ill., for appellant.

Ralph Jinkins and Samuel Jinkins, both of Danville, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation that this appeal be dismissed, which said stipulation is in the words and figures following, to wit: "It is stipulated by and between the parties to this cause, by their respective counsel, that the above-entitled suit which has been appealed by the United States of America and is now pending in the United States Circuit Court of Appeals for the Seventh Circuit may be dismissed." On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

UNITED STATES of America v. Mrs. Della Ferrell WHITSON, Adm'x, Harvey B. Ferrell and Mrs. Grover Little.

No. 6468.

Circuit Court of Appeals, Sixth Circuit.
March 8, 1934.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

Charles C. Gore and A. F. Officer, both of Livingston, Tenn., for appellees.

PER CURIAM.

Judgment of District Court reversed, with directions to dismiss the petition.

UNITED STATES of America ex rel. Jerihem SEEMAN, alias Jack Seeman, alias Jack Seiman, alias John Burtone, alias T. H. Rice, Relator-Appellant, v. Hon. Raymond J. MULLIGAN, United States Marshal for the Southern District of New York, Respondent-Appellee.

No. 314.

Circuit Court of Appeals, Second Circuit.
April 2, 1934.

Fogarty, Quel & Devlin, of New York City (John J. Fogarty and James G. Duffy, both of New York City, of counsel), for appellant.

Martin Conboy, U. S. Atty., of New York City (William W. Prager, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES INVESTMENT CORPORATION, Ltd. et al., Appellants, v. E. H. WODEHOUSE et al., Appellees.

No. 7400.

Circuit Court of Appeals, Ninth Circuit.
March 26, 1934.

Marguerite K. Ashford, of Honolulu, T. H., for appellants.

A. G. M. Robertson, of Honolulu, T. H., for appellees.